TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00147-CV

Grupo Nacional Provincial, S.A., Appellant

v.

Western Aircraft, Inc. and United States Aviation Underwriters, Inc., as Managers for the United States Aircraft Insurance Group; and Nozaki & Co., Ltd., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 98-05273, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING

 Appellant Grupo Nacional Provincial, S.A. has filed a motion to dismiss its
interlocutory appeal of the district court's denial of a special appearance. We grant the motion
and dismiss the appeal. 

 

 Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: November 30, 1999

Do Not Publish